UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America**
     v.

**Thomas TARBAY**

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Damon Willaman, being duly sworn, do hereby declare and state the following:

1. I am a Deputy United States Marshal (DUSM) assigned to the Southern District of Ohio, Columbus Office, and have been so employed since June 2010. I am a graduate of Basic Deputy U.S. Marshal Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA in October 2010 as well as the Criminal Investigator Training Program at FLETC in August 2010. I also receive regular in-service training in fugitive and sex offender investigations from the U.S. Marshals Service (USMS) as well as various other federal and state resources. During my career, I have been assigned to multiple fugitive, escape and sex offender investigations. I am the District Sex Offender Coordinator (DSOC) for the Southern District of Ohio and primarily conduct investigations involving sexual offenders and their duty to register. As a DSOC, I am authorized under 28 U.S.C. 564 to enforce the laws of the United States, including violations of the Sex Offender Registration and Notification Act (SORNA), 34 U.S.C. 20901, et seq., and federal Failure to Register offenses, pursuant to 18 U.S.C. 2250.

2. I am the case deputy for an investigation of Thomas Ray TARBAY (DOB \*\*/\*\*/1954, SSN xxx-xx-9230) for violations of 18 U.S.C. 2250(b), Failure to Register as a Sex Offender. Under 18 U.S.C. § 2250(b), "sex offenders" subject to SORNA are required to report foreign travel. As explained below, TARBAY has multiple prior convictions that classify him as a "sex offender" and subject to SORNA's requirements. My investigation began on or about 1/14/2025 after the USMS in the Southern District of Ohio (S/OH) received information that TARBAY had traveled to the country of Bahrain on 1/3/2025. TARBAY failed to report this foreign travel as required under the Sex Offender Registration and Notification Act (SORNA). TARBAY was scheduled to return to the United States on 1/16/2025.

3. On or about 8/12/2003, Thomas TARBAY was convicted of Attempted Unlawful Sexual Conduct with a Minor (ORC 2923.02) and five (5) counts of Importuning (ORC 2907.07) in Hamilton County, Ohio. Under Ohio law, "importuning" refers to the solicitation of someone under 18 years old for sexual

1

conduct by someone who is over 18. TARBAY's conviction related to his solicitation of two individuals online for sex; TARBAY one of the individuals was a 13-year-old female, and one a 15-year-old female. Both of the "girls" TARBAY was soliciting for sex were actually the same undercover law enforcement agent. TARBAY arranged to meet the 15-year-old "girl" at a Hamilton County motel. When TARBAY arrived at the motel, he was arrested. TARBAY was placed on Probation for a period of three (3) years. TARBAY was ordered to complete 300 hours of community service, not use computers involving minors, and pay fines and court costs. If TARBAY were to violate his probation, he would be sentenced to 6.5 years in prison. TARBAY was classified as a Sexually Oriented Offender.

4. On or about 5/14/2010, TARBAY was convicted of two (2) counts of Importuning (ORC 2907.07) in Franklin County, OH, while a third count was dismissed. The victim was 13 years old. TARBAY was sentenced to twelve (12) months in prison on each count, to run concurrently. TARBAY was classified as a Tier II sex offender and ordered to register every 180 days for a period of 25 years. The expiration date for this registration is currently 5/5/2036.

5. On 8/15/2024, TARBAY registered as a sex offender for the last time with the Franklin County, OH Sheriff's Office (FCSO). TARBAY listed his home address as 6534 Delaware Crossing St, Reynoldsburg, OH 43068. Condition #8 of this document states "You are further advised, in accordance with federal law, you must report any international travel to your registering authority no less than 21 days prior to travel. Failing to do so may subject you to criminal prosecution." TARBAY signed this document on 8/15/2024 and it was witnessed by FCSO Detective Jeff Reed.

6. On 1/3/2025, TARBAY left Columbus, OH bound for the country of Bahrain, with a scheduled return of 1/16/2025. TARBAY's flight details are as follows:

    DEPARTURE DATE/TIME: 01/03/2025 AT 2100 HRS ET
    DEPARTING FROM: John Glenn Columbus International Airport, Columbus, OH (CMH)
    AIRLINE/FLIGHT: American Airlines (AA) flight 3955
    ARRIVE Chicago O'Hare International Airport, IL (ORD) at 1447 HRS ET

    DEPARTURE DATE/TIME: 01/03/2025 AT 2005 HRS ET
    DEPARTING FROM: Chicago O'Hare International Airport, IL (ORD)
    AIRLINE/FLIGHT: Qatar Airways (QR) flight 726
    ARRIVE: Hamad International Airport in Doha, Qatar (DOH) at 0920 HRS ET

    DEPARTURE DATE/TIME: 01/04/2025 AT 1200 HRS ET
    DEPARTING FROM: Hamad International Airport in Doha, Qatar (DOH)
    AIRLINE/FLIGHT: Qatar Airways (QR) flight 1108
    ARRIVE: Bahrain International Airport, Muharraq, Bahrain (BAH) at 1250 HRS ET

    EMBARKATION: Bahrain International Airport, Muharraq, Bahrain (BAH)
    RETURN DATE/TIME: 01/15/2025 AT 0715 HRS ET
    DEPARTING FROM: Hamad International Airport in Doha, Qatar (DOH)
    AIRLINE/FLIGHT: Qatar Airways (QR) flight 725
    ARRIVE: Chicago O'Hare International Airport, IL (ORD) on 01/16/2025 at 1530 HRS ET

DEBARKATION: John Glenn Columbus International Airport, Columbus, OH (CMH)

TARBAY is traveling under US Passport # 545473971

7. On 1/7/2025, FCSO Detective Reed issued an arrest warrant for TARBAY due to his unreported international travel. TARBAY was charged with Failure to Provide Change of Address in case #2025cra296.

8. On 1/14/2025, DSOC Willaman became aware of TARBAY's state warrant as well as his possible violations of federal law. Willaman adopted the FCSO warrant and opened a federal investigation into violations of 18 USC 2250(b). Willaman then sent a collateral lead to the USMS in the Northern District of Illinois (N/IL) requesting that they arrest TARBAY upon his return to the United States. TARBAY was scheduled to fly into Chicago O'Hare International Airport on 1/16/2025.

9. On 1/16/2025, the USMS N/IL arrested TARBAY when he arrived on Qatar Airways flight 725. TARBAY did not make any statements regarding his sex offender registration requirements. TARBAY was slated to the Cook County Jail in Chicago, IL, and is awaiting extradition to Ohio.

10. Based on the foregoing facts and my knowledge and experience, I submit there is probable cause to believe that Thomas TARBAY, being a person required to register under SORNA, did travel in interstate or foreign commerce and did knowingly fail to register or update his registration as required by SORNA, in violation of 18 U.S.C. 2250(b).

Damon Willaman
Deputy U.S. Marshal
United States Marshals Service

Sworn before me and subscribed in my presence on the 28th day of January 2025, in Columbus, Ohio.

United States Magistrate Judge
Honorable Chelsey M. Vascura
Southern District of Ohio

3